**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph STERIOTI, Defendant–
Appellant.**

No. 99–50004.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2000[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN and KLEINFELD, Circuit Judges.

### MEMORANDUM[2]

Joseph Anthony Sterioti appeals his 24–month sentence following the revocation of his supervised release imposed for bank robbery, in violation of 18 U.S.C. § 2113. Counsel has filed a brief stating that he can identify no issues for review under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw as counsel of record. Sterioti has not filed a pro se supplemental brief.

Because Sterioti has served his term of incarceration upon revocation, the appeal is moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir.1999) (concluding that defendant's challenge to his completed sentence was moot). We therefore lack jurisdiction over this appeal. *See Spencer v. Kemna*, 523 U.S. 1, 15, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Palomba*, 182 F.3d at 1123.

The motion of counsel to withdraw is GRANTED and the appeal is DISMISSED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

